for the use of the parties only. Judgment affirmed.

■

Toby **ROBINSON**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. ED 76529.

Missouri Court of Appeals,
Eastern District,
Division One.

March 14, 2000.

■

In the Interest of **A.M.W., A Juvenile.**

No. ED 76772.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 14, 2000.

William P. Grant, Clayton, for appellant.

Cynthia Harcourt-Hearring, Clayton, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS and LAWRENCE E. MOONEY, JJ.

Before: GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

**ORDER**

PER CURIAM.

V.L. (Mother) appeals from the juvenile court's judgment terminating her parental rights to A.M.W. (Child), pursuant to section 211.447.4(1) & (2), RSMo Cum.Supp. 1999. We have reviewed the record on appeal and the briefs of the parties and we find no error of law. A published opinion would have no precedential value and we affirm by written order. Rule 84.16(b)(1). We have provided a memorandum opinion